UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-3625 FMO (MBKx) | Date | August 25, 2025 |
|---|---|---|---|
| Title | Sierrah Smith v. Island Bodega LLC | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**   Order to Show Cause Re: Dismissal Re: Lack of Prosecution

By order dated July 18, 2025, plaintiff was ordered to file and serve a motion for default judgment no later than August 11, 2025. (See Dkt. 16, Court's Order of July 18, 2025). The order admonished plaintiff that "failure to file its motion for default judgment by the deadline set forth above . . . may result in the motion being denied and/or the action against defendant being dismissed for failure to prosecute and/or to comply with a court order. (See id.).

As of the date of this Order, plaintiff has not filed a motion for default judgment. (See, generally, Dkt.). The court will provide plaintiff one final opportunity to do so. Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file a motion for default judgment no later than **August 29, 2025**.

2. Plaintiff is cautioned that failure to file a motion for default judgment by the deadline set forth above will result in the dismissal of this action without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

| | Initials of Preparer | vdr |
|---|---|---|